**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NATIONAL FERTILIZERS LIMITED,<br><br>   Plaintiff,<br><br>   v.<br><br>MURTY S. VEPURI<br>and VARALAXMI VEPURI,<br><br>   Defendants. | Civ. Action No. 01-5397 (JAG) |

### VERDICT SHEET

1. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that the $2,000,000 that Malyn Holding received on November 30, 1995, was NFL's property?

   No _____          Yes ___X___

   If no, please go to question 6.
   If yes, please go to question 2.

Conversion (Count I)

2. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that Murty Vepuri committed a conversion?

   No _____          Yes ___X___

3. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that Varalaxmi Vepuri committed a conversion?

   No _____          Yes ___X___

   If your answer to either question 2 or 3 is yes, what are the damages?

   $ 2,000,000.

Unjust Enrichment (Count II)

4. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that Murty Vepuri was unjustly enriched?

   No _____     Yes ___X___

5. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that Varalaxmi Vepuri was unjustly enriched?

   No _____     Yes ___X___

If your answer to either question 4 or 5 is yes, what are the damages?

$2,000,000.

<u>Civil Conspiracy</u>

6. Has Plaintiff NFL proven, by clear and convincing evidence, that all of the elements of fraud have been met?

   No _____   Yes \_\_\_X\_\_\_\_\_

   If no, please stop, your deliberations are complete.
   If yes, please continue.

7. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that a civil conspiracy existed and that the conspiracy defrauded NFL?

   No _____   Yes \_\_\_X\_\_\_\_\_

   If no, please stop, your deliberations are complete.
   If yes, please continue.

8. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that Murty Vepuri was a member of the conspiracy that defrauded NFL?

   No \_\_\_X\_\_\_\_\_   Yes _____

9. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that Varalxmi Vepuri was a member of the conspiracy that defrauded NFL?

   No \_\_\_X\_\_\_\_\_   Yes _____

   If no, regarding questions 8 and 9, please stop, your deliberations are complete.
   If yes, regarding either question 8 or 9, please continue to question 10.

10. Has Plaintiff NFL proven, by a preponderance of the credible evidence, that it has incurred damages as a result of the conspiracy?

    No _____   Yes _____

    If no, please stop, your deliberations are complete.
    If yes, please continue to question 11.

11. How much are those damages?

    _____

*Cande Olsen*
*Foreman*
*5/26/05*