# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**ANTHONY P. TABASSO**
Direct Dial: (215) 569-4397
ATABASSO@klehr.com

457 HADDONFIELD ROAD
SUITE 510
CHERRY HILL, NJ 08002-2220

(856) 486-7900
FAX: (856) 486-4875

www.klehr.com

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**Delaware Office**
919 Market Street
Suite 1000
Wilmington, Delaware 19801-3062
(302) 426-1189

January 17, 2007

**VIA FEDERAL EXPRESS**

The Honorable Joseph A. Greenaway, Jr.
U.S. District Court for the Eastern
District of Pennsylvania
MLKing, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

RECEIVED

JAN 1 8 2007

JOSEPH A. GREENAWAY, JR.
United States District Judge

**RE: National Fertilizers Limited v. Vepuri**
**Civil Action No. 01-5397 (JAG)**

Dear Judge Greenaway:

This firm represents the defendants Murty Vepuri and Varalaxmi Vepuri in the above-referenced matter. I am in receipt of Mr. Doyle's December 27, 2006 correspondence in this matter. As an initial matter, while I have no objection to Mr. Doyle writing to the Court to request scheduling on the defendant's Motion to Stay Execution, I do object to counsel's *ex parte* submission to the Court insofar as it touches substantive issues. Mr. Doyle's recitation of the facts of this case has no relevance to the Motion at hand, and appears to be little more than a transparent attempt to prejudice the Court against my client's Motion. Although the plaintiff seeks to blame my clients for a host of problems, it is clear that the current dilemma is one of the plaintiff's own making. It is the plaintiff, not the defendants, who chose to file a post-trial motion seeking additional pre-judgment interest. The current procedural "Catch 22" the parties find themselves in is attributable solely to the plaintiff's Post-Trial Motion. Even now, all the delays that plaintiff complains of could be alleviated if it withdrew its Post-Trial Motion.

Notwithstanding our objections to the prejudicial portions of Mr. Doyle's correspondence, we are in agreement that the defendants' Motion for Stay of Execution should be scheduled before Your Honor at the Court's convenience. I thank the Court for its attention in this matter. I am available to answer any questions the Court may have.

Respectfully,

Anthony P. Tabasso

cc: Paul F. Doyle, Esquire

PHIL1 713485-1