# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**Anthony P. Tabasso**
Direct Dial: (215) 569-4397
ATABASSO@klehr.com

260 S. BROAD STREET
PHILADELPHIA, PA 19102

(215) 568-6060
FAX: (215) 568-6603

www.klehr.com

May 30, 2007

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Delaware Office**
919 Market Street
Suite 1000
Wilmington, Delaware 19801-3062
(302) 426-1189

RECEIVED
MAY 31 2007
AT 8:30 _____
WILLIAM T. WALSH
CLERK

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court for the
District of New Jersey (Trenton)
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

**Re:  National Fertilizers, Ltd. v. Vepuri, C.A. No. 01-5397 (JAG)
Docket No. No. 07-488**

Dear Sir/Madam:

We represent Murty S. Vepuri and Varalaxmi Vepuri (collectively the "Vepuris") in the above referenced matter. The Vepuris filed a Notice of Appeal from Order dated January 19, 2007, Judgment dated June 23, 2005 and Order dated May 4, 2005 on February 16, 2007.

It is our understanding that, to date, the records have not been transferred to the Third Circuit. We request you to transfer the following records in the above referenced matter to the Third Circuit as soon as possible:

1. Complaint by National Fertilizers, Ltd. (Docket I.D No. ("D.I. No.") 1);

2. Amended Complaint filed by National Fertilizers, Ltd. (D.I. No. 20);

3. Answer by Murthy S. Vepuri to Amended Complaint (D.I. No. 26);

4. Answer by Varalaxmi Vepuri to Amended Complaint (D.I. No. 27);

PHIL1 735405-1


Clerk of Court
May 30, 2007
Page 2

5. Second Amended Complaint by National Fertilizers, Ltd. (D.I. No. 45);

6. Motion in Limine declaring that the substantive law of the country of India should be utilized in this matter filed by the Vepuris (D.I. No. 74);

7. Declaration of Susheela Verma (D.I. No. 75);

8. Brief in Opposition to Motion in Limine as to choice of law filed by National Fertilizers, Ltd. (D.I. No. 77);

9. Declaration of Philip D. Robben in Opposition to Motion in Limine (D.I. No. 78);

10. Brief regarding Rule 44.1 and Choice of law filed by National Fertilizers, Ltd. (D.I. No. 86);

11. Declaration of Paul F. Doyle (D.I. No. 86);

12. Order denying the Motion in Limine (D.I. No. 91); and

13. Notice of Appeal (D.I. No. 154).

Very truly yours,

Anthony Tabasso /JK/
Anthony P. Tabasso